AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Pietro Devine | ) | 6:23-mj-2038 |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 21, 2023_____ in the county of _____Orange_____ in the
_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2) | Receipt of child pornography |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

_____
_Complainant's signature_

Michelle Langer, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____09/14/2023_____

_____
_Judge's signature_

City and state: _____Orlando, FL_____     Robert M. Norway, U.S. Magistrate Judge
_Printed name and title_

**STATE OF FLORIDA**                                    **CASE NO. 6:23-mj-** 2038

**COUNTY OF ORANGE**

### AFFIDAVIT

I, Michelle Langer, being duly sworn, do hereby depose and state as follows:

1.      This affidavit is submitted in support of a criminal complaint against PIETRO DEVINE (DEVINE) for a violation of 18 U.S.C. § 2252A(a)(2). As set forth in more detail below, I believe there is probable cause that on or about August 21, 2023, in the Middle District of Florida, DEVINE knowingly received child pornography using any means or facility of interstate or foreign commerce, in violation of 18 U.S.C. § 2252A(a)(2).

2.      I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) for the past 6 years.  I am currently assigned to the FBI Violent Crimes Against Children Task Force.

3.      I have received specialized training concerning investigations of sex crimes, child exploitation, child pornography, and computer crimes.  I have also investigated and assisted in the investigation of matters involving the possession, receipt, distribution, and production of child pornography.  During the course of my training and investigations, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.  Moreover, I am a SA who is engaged in enforcing the criminal laws, including 18 U.S.C. § 2252A(a).

4.     I have participated in various training courses concerning the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5.     I make this affidavit based on my experience and background as a law enforcement officer, including my experience with the FBI; my personal participation in the investigation; and information provided by other law enforcement officers and agency personnel.  As set forth in more detail below, I have probable cause to believe that a crime has taken place, that is, the receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2).

## STATUTORY AUTHORITY

6.     It is a violation of 18 U.S.C. § 2252A(a)(2) to knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate commerce, or in or affecting interstate commerce.

## PEER TO PEER (P2P) FILE-SHARING

7.     Based on my training and experience, I have learned that computer users can choose to install publicly available software that facilitates the sharing of files.  Millions of computer users throughout the world use peer-to-peer (P2P) file-sharing networks to share files containing music, graphics,

2

movies, programs, text and the like. These networks have also become a popular way to download and distribute child pornography.

8.     The BitTorrent network is one such publicly available P2P file-sharing network. Most computers that are part of this network are referred to as "peers." A peer can simultaneously provide files to peers while downloading files from other peers. The software can balance the network load and recover from network failures by accepting pieces of a particular file from different users and then reassembling the file on the local computer. This process is accomplished by the use of hash values, which is described later in the affidavit.

9.     The BitTorrent network can be accessed by peer computers via many different BitTorrent network clients (software), including the BitTorrent client, uTorrent client, and Vuze client, among others. These clients are publicly available and can usually be downloaded for free from the Internet. In normal P2P operations, as users download files or pieces of files from other peers on the BitTorrent network, other peers on the network are able to download the files or pieces of files from them, a process which maximizes the download speeds for all users on the network. Once a user has completed the download of an entire file or files, he or she can also continue to share the file with individuals on the BitTorrent network who are attempting to download

3

all pieces of the file or files.  A person who has all the pieces of a particular file
is termed a "seeder

     10.    Files or sets of files are shared on the BitTorrent network through
the use of "torrents."  A torrent is typically a small file that *describes* the file(s)
to be shared.  It is important to note that torrent files do not contain the actual
file(s) to be shared.  Instead, torrent files contain information about the file(s)
to be shared that is needed to accomplish a download.  Examples of this
information are the name(s) of the file(s) being referenced in the torrent, the
number of pieces that make up the torrent, and the "info hash" of the torrent.

     11.    The "info hash" is a Secure Hash Algorithm, commonly
abbreviated as SHA-1, which describes the data of the file(s) referenced in the
torrent.  The Secure Hash Algorithm (SHA) was developed by the National
Institute of Standards and Technology (NIST), along with the National
Security Agency (NSA), as a means of identifying files using a digital
"fingerprint" that consists of a unique series of letters and numbers.  The
United States has adopted the SHA-1 hash algorithm described herein as a
Federal Information Processing Standard.  SHA-1 is the most widely used of
the existing SHA hash functions, and it is employed in several widely used
applications and protocols.  A file processed by this SHA-1 operation results in
the creation of an associated hash value often referred to as a digital

4

signature. SHA-1 signatures provide a certainty exceeding 99.99% that two or more files with the same SHA-1 signature are identical copies of the same file, regardless of their file names. This set of data includes the SHA-1 hash value of each file piece in the torrent, the file size(s), and the file name(s). The "info hash" of each torrent uniquely identifies the torrent file on the BitTorrent network.

12.     The torrent file may also contain information on how to locate file(s) referenced in the torrent by identifying "trackers." Trackers are computers on the BitTorrent network that collate information about the peers that have recently reported they are sharing the file(s) referenced in the torrent file. A tracker is only a pointer to peers on the network who may be sharing part or all of the file(s) referenced in the torrent. Trackers do not actually have the file(s) but are used to facilitate the finding of other peers that have the entire file(s), or at least a portion of the file(s) available for sharing. It should also be noted that the use of tracker(s) on the BitTorrent network are not always necessary to locate peers that have file(s) being shared from a particular torrent file. There are many publicly available servers on the Internet that provide BitTorrent tracker services.

13.     The term "pieces" as used above refers to how many data sets are needed to complete the total download of a given torrent. The number of

5

pieces is determined by a BitTorrent client when the torrent is created. A torrent may have one piece, or it may have thousands of pieces. A torrent is broken up into pieces as it speeds up the ability of the network to deliver the contents of the torrent from multiple users on the network. When more pieces are available, a user can obtain all the contents of a torrent file more quickly.

14.    In order to locate torrent files of interest and download the files that they describe, a typical user will use keyword searches on torrent-indexing websites, such as *isohhunt.com* and *piratebay.org*. Torrent-indexing websites are essentially search engines that users on the BitTorrent network use to locate torrent files that describe the files they are looking to download. Torrent-indexing websites do not host the content (files) described by torrent files; they host only the torrent files themselves. Once a torrent file is located on the website that meets a user's keyword search criteria, the user will download the torrent file to his or her computer. The BitTorrent client on the user's computer will then process that torrent file in order to either find trackers or use other means to find other peers/clients on the network that have all or part of the file(s) referenced in the torrent file. It is again important to note that the actual file(s) referenced in the torrent are actually obtained directly from other peers on the BitTorrent network—not from the trackers themselves. Typically, the trackers on the network return information about

6

remote peers that have recently reported that they have the same file(s) available for sharing (based on SHA-1 "info hash" value comparison), or parts of the same file(s), referenced in the torrent. Such information includes the remote peer's Internet Protocol (IP) addresses.

15.     Internet computers identify each other by an Internet Protocol or IP address. When a computer connects to the Internet, the Internet Service Provider (ISP) providing the Internet connection assigns that computer a specific numerical identifier called an IP address. The IP address allows the computer to communicate with the Internet. ISPs control blocks of IP addresses and only assign a given IP address to one customer at a time.

16.     IP addresses are analogous to telephone numbers. To use a telephone, the phone must have an associated phone number. To access the Internet, a computer must be assigned an IP address. IP addresses can be dynamic or static. Dynamic IP addresses can and do change over time, but they can be retained by a subscriber for months or even a year or more—especially where there is a high-speed cable modem connection (like the connection in this case). Static IP addresses never change unless the customer cancels the account or requests a new static IP address.

17.     I know that these IP addresses can assist law enforcement in finding a particular computer on the Internet. Once an IP address is known, a

subpoena can be issued to the appropriate ISP for business records related to the subscriber assigned to that IP address at a particular time and date. The ISP will typically provide information concerning the name, address, and other identifying information of the subscriber using the particular ISP. This process has proven to be very reliable in identifying suspects using the Internet.

18. A person interested in obtaining child pornographic images or videos on the BitTorrent network can go to a torrent-indexing website and conduct a keyword search using a term such as "preteen sex" or "pthc" (pre-teen hardcore). The results of the keyword search are typically returned to the user's computer by displaying them on the torrent-indexing website. Based on the results of the keyword search, the user would then select a torrent of interest to them to download to their computer from the website. Typically, the BitTorrent client program will then process the torrent file, which acts like a road map in allowing the BitTorrent client to obtain the necessary information to go out on the BitTorrent network and find others peers with the files embedded in the torrent. Utilizing trackers and other BitTorrent network protocols, peers are located that have recently reported they have the file(s) or parts of the file(s) referenced in the torrent file available for sharing. The file

or files are then downloaded directly from the computer(s) sharing the file or files.

19. Typically, once the BitTorrent network client has downloaded part of a file or files, it may immediately begin sharing the part of the file or files it has with other users on the network. The BitTorrent network client program succeeds in reassembling the file(s) from different sources only if it receives "pieces" with the exact SHA-1 hash value of that piece which is described in the torrent file. The downloaded file or files are then stored in an area (folder) previously designated by the user and/or the BitTorrent client on the user's computer or designated external storage media. The downloaded file or files, including the torrent file, will remain in that location until moved or deleted by the user.

20. Law enforcement can search the BitTorrent network in order to locate individuals who are sharing previously identified child exploitation torrents in the same way that a user searches this network. By searching the BitTorrent network for these known torrents, law enforcement can quickly identify targets in a given jurisdiction that may be in possession of and/or distributing known or suspected files of child pornography. Through trackers, law enforcement receives information about peers on the BitTorrent network who recently reported involvement in sharing digital files of known or

9

suspected child pornography based on SHA-1 info hash value(s) of torrent(s). The torrents that law enforcement searches for are those that law enforcement previously identified as being associated with such files depicting known or suspected child pornography.

21.     There are BitTorrent clients that only allow single-source downloads from a computer at a single IP address.  In other words, an entire file can be downloaded only from a computer at a single IP address, as opposed to obtaining the file from multiple peers on the BitTorrent network.  This procedure allows for the detection and investigation of those computers involved in sharing digital files of known or suspected child pornography on the BitTorrent network.

22.     During the query and/or downloading process from a suspect's BitTorrent client, certain information may be exchanged between the investigator's BitTorrent client and the suspect's BitTorrent client.  This information includes: (a) the suspect client's IP address; (b) a confirmation from the suspect client that they have pieces of the file(s) being requested, in whole or in part, and that the pieces of the file(s) are being reported as shared from the suspect client program; and (c) the BitTorrent network client program and version being utilized by the suspect computer.  The law enforcement BitTorrent client has the ability to log this information.

10

## PROBABLE CAUSE STATEMENT

23.    On July 23, 2023, an undercover agent used a P2P file-sharing program known as BitTorrent Roundup and downloaded multiple images and videos of child pornography from a computer using IP address 142.196.45.52. On July 23, 2023, the P2P file-sharing program determined IP address 142.196.45.52 was sharing a torrent with the info hash: 5bcd0fae39b1861d723c73e9bca5da86341ccc492.  This torrent file references 12 files, at least one of which was identified as being a file of investigative interest to child pornography investigations.

24.    On July 23, 2023, at UTC 05:16:53 hours, I completed a single-source download from IP address 142.196.45.52.  During the single-source download, I downloaded approximately 5 videos, all of which were child pornography, or child erotica.  The videos all consisted of young female approximately 9-11 years of age. Two of the videos titled, "11yo Manon- 4- (hairbrush again) EPIC!!!" and "11yo Manon – 5(49 minute masturbation session hairbrush)" depicted the female child completely nude and masturbating for the camera. One video titled, "11yo Manon-3 (spreading cheeks and showing pink anus)" involved the female child nude from the waist down, bending over onto her elbows and spreading her vagina and anus to the camera.

11

25.    On July 24, 2023, at UTC 17:10:04 hours, I completed a single-source download from IP address 142.196.45.52. The P2P file-sharing program determined IP address 142.196.45.52 was sharing a torrent with the info hash: 25dfcd2cfe529b36500afee5307760c0ed1f9c26.  This torrent file references 6 files, at least one of which was identified as being a file of investigative interest to child pornography investigations. During the single-source download, I downloaded approximately 4 videos, all of which were child pornography.  The videos all consisted of young females ranging between 6-12 years of age. One video in particular titled, "R@ygold_TheFamily1" is a 7:00 minute video which depicts a prepubescent child between the ages of 10-12 years old who was forced to engage in sexual acts with an adult male and adult female. The child performs oral sex on the adult male before being digitally penetrated by the adult female. The child is also vaginally raped by the adult male.

26.    On July 25, 2023, at UTC 12:00:09 hours, I completed a single-source download from IP address 142.196.45.52. The P2P file-sharing program determined IP address 142.196.45.52 was sharing a torrent with the info hash: 952f899e8c2b81a6524f04e8fcbf259477e876de.  This torrent file references 139 files, at least one of which was identified as being a file of investigative interest to child pornography investigations. During the single-

source download, I downloaded approximately 43 videos, all of which were child pornography. Additionally, approximately 97 images were downloaded all of which were child pornography or child erotica. The videos and pictures all consisted of young females ranging between 6-15 years of age. One video, approximately 1:45 minutes in length titled, "!!!!PTHC Donna pedo babyj r@ygold rides cock.mpeg.avi"" depicted a prepubescent female child between the ages of 5-7 years old completely nude who was being instructed to get on top of a nude adult male and was vaginally penetrated by an adult male's penis throughout the video. The child is also wearing a black mask completely covering her face.

27.     On August 3, 2023, at UTC 03:52:21 hours, I completed a single-source download from IP address 142.196.45.52. The P2P file-sharing program determined IP address 142.196.45.52 was sharing a torrent with the info hash: fec94a7a556e5540d3b17bb4877a0b830c925d80. This torrent file references 21 files, at least one of which was identified as being a file of investigative interest to child pornography investigations. During the single-source download, I downloaded approximately 21 videos, all of which were child pornography. The videos all consisted of young females ranging between 6-15 years of age. One video, approximately 48 minute and 45 second video in length titled, "Moscow Peter Boil Awesome Girl 20 Min Lez 37m22s

Lil 48m45S.mpg," depicted prepubescent females between the ages of 6-8 years old who were being digitally penetrated, forced to pose naked for the camera which zoomed in to focus on the child's genitals and ended with a young female child being raped from behind by an adult male.

28.   On August 21, 2023, at UTC 13:57:30 hours, which as set forth below was the same date on which child pornography located on DEVINE's laptop was downloaded, I completed a single-source download from IP address 142.196.45.52. The P2P file-sharing program determined IP address 142.196.45.52 was sharing a torrent with the info hash: f77929f314bc92b11af0eece74e8900f1db6da06.  This torrent file references 556 files, at least one of which was identified as being a file of investigative interest to child pornography investigations. During the single-source download, I downloaded approximately 262 videos, all of which were child pornography. The videos all consisted of young females ranging between 5-15 years of age. One video, approximately 2 minute and 52 second video in length titled, "Daddys Girl 2 – fucked by dad," depicted prepubescent female between the ages of 8-11 years old completely nude laying on her back on a bed being raped by an adult male wearing only thong underwear. The video ends with the adult male ejaculating on the child's vagina. The child is visibly distraught and covering her face with her hands throughout the video.

29.    I reviewed the downloaded files from the undercover sessions on July 23, 2023, July 24, 2023, July 25, 2023, August 3, 2023, and August 21, 2023. I believe, based on my training and experience, that the aforementioned files are child pornography, as defined in 18 U.S.C. § 2256.

30.    A query of the IP address 142.196.45.52 was made through the American Registry for Internet Numbers (ARIN). ARIN reported that IP address 142.196.45.52 was registered to Charter Communications.

31.    On July 27, 2023, a subpoena was served to Charter Communications for the IP address 142.196.45.52 to obtain certain subscriber information for the initial download date of July 23, 2023.

32.    Charter Communications returned the following information in response to the subpoena:

| | |
|---|---|
| Customer Name: | PIETRO DEVINE |
| Service Address: | 11136 LEMON LAKE BLVD |
| | ORLANDO, FL 32836 |
| UserName: | PIETRODEVINE@GMAIL.COM |
| Phone Number: | 9999999999 |

## EXECUTION OF SEARCH WARRANT

33.    On September 14, 2023, the FBI executed a federal search warrant at 11136 Lemon Lake Boulevard, Orlando, Florida 32386. At approximately

15

7:00 a.m., Special Agent (SA) Kevin Kaufman, SA Rodney Hyre, and I knocked on the front door of the residence. PIETRO DEVINE (DEVINE) answered the door wearing jeans and a white shirt. SA Hyre requested that DEVINE step out of the residence. DEVINE complied and was asked what other occupants were inside the residence. DEVINE informed SA Kaufman that an adult female and two children were inside the residence. The FBI made contact with the adult female, and at the request of the FBI, the adult female gathered the children from the residence and exited the residence while the FBI cleared and secured the residence. The residence was secured and the search warrant was executed.

### INTERVIEW OF PIETRO DEVINE

34.     While the search warrant was being executed, DEVINE was interviewed by SA Kaufman and SA Hyre, in SA Kaufman's vehicle in front of the residence. Prior to the interview, DEVINE was advised that he was not under arrest, was free to leave and he did not have to answer any questions. DEVINE stated he understood and agreed to be interviewed by SA Kaufman and SA Hyre. During the interview, DEVINE stated that he used the BitTorrent program to download child sexual abuse material (CSAM). DEVINE stated that he started to view CSAM approximately two years ago. DEVINE stated that he has masturbated to the CSAM he downloaded. DEVINE utilized his Acer Chromebook laptop computer to access the BitTorrent program and obtain

16

CSAM. DEVINE stated he would use search terms such as "young anal" to locate the type of CSAM he was interested in viewing.

35.    DEVINE stated that he did not understand that the BitTorrent program shared files with other users. DEVINE acknowledged that he understood that viewing, possessing, and receiving CSAM was illegal. DEVINE stated that he is disgusted with himself for viewing CSAM and stated that he had tried to stop several times in the past. DEVINE provided the password to his laptop computer and directed the interviewing agents to the location of the laptop.

**FORENSIC PREVIEW**

36.    SA Kerrie Harney utilized the password that DEVINE provided to access a Acer Chromebook laptop computer, serial number #NXHWNAA001035498347600. SA Harney conducted a forensic preview of the laptop and discovered the presence of the BitTorrent program on the laptop. During the initial forensic preview, SA Harney located approximately 200 files of CSAM on the laptop computer. Based on the titles of the CSAM videos, SA Harney believed the bulk of the videos discovered on the device were CSAM. Below are descriptions of three CSAM videos that SA Harney located on the laptop:

- TITLE: 3yo_marjorie.mp4

    o   DATE RECEIVED: On or about September 2, 2023

17

- o DESCRIPTION: The video is approximately 3 minutes and 25 seconds in length. The video depicts a female child who is approximately 3 years old. In the video, the child is naked in a bathtub. During the video, the child masturbates and spreads apart her vagina. As the child spreads apart her vagina, an adult male's hand is visible touching the child's vagina. As the video progresses, the child is being forced to perform oral sex on the adult male.

- TITLE: papa t babyj 5yr assfuck(2)(2)(2)(2).avi
  - o DATE RECEIVED: On or about September 5, 2023
  - o DESCRIPTION: The video is approximately 45 seconds in length. The video depicts a female child who is approximately 5 years old. The female child is laying on a bed naked. The child is being anally raped by an adult male.

- TITLE: Pthc -Masked girl 11Yr - Part 3
  - o DATE RECEIVED: On or about August 21, 2023
  - o DESCRIPTION: The video is approximately 26 minutes and 8 seconds in length. The video depicts a female child who is approximately 10-11 years old. The female child is naked on a bed wearing a mask. Throughout the video, an adult male is

inserting his fingers and a phallic device into the vagina of the child. As the video continues, the adult male forcibly rapes the child who is observed wearing a blindfold. The CSAM video is part of the "Tara" known series.

## CONCLUSION

37.     Based on the above, there is probable cause that on or about August 21, 2023, in the Middle District of Florida, PIETRO DEVINE knowingly received child pornography, in violation of 18 U.S.C. § 2252A(a)(2).

_____
Michelle Langer
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me
as true and accurate via Zoom consistent
with Fed. R. Crim. P. 4.1 and 4(d)
before me this 14th day of September 2023.

_____
ROBERT M. NORWAY
United States Magistrate Judge

19